FILED
United States Court of Appeals
Tenth Circuit

August 3, 2010

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

LAURIE BORDOCK,

        Plaintiff–Appellant,

v.

ARROWHEAD MALL,

        Defendant–Appellee.

No. 10-7045
(D.C. No. 6:10-CV-00186-RAW)
((E.D. Okla.)

**ORDER AND JUDGMENT**[*]

Before **KELLY**, **McKAY**, and **LUCERO**, Circuit Judges.

Laurie Bordock appeals the district court's dismissal of her civil rights claim as

frivolous under 28 U.S.C. § 1915. Exercising jurisdiction under § 1291, we affirm.

Bordock filed a complaint alleging that Arrowhead Mall security violated her civil

rights by removing her from the mall because she was homeless. Pursuant to its

screening function under § 1915(e)(2)(B), the district court determined that her complaint

was frivolous because 42 U.S.C. § 1983—the statute ostensibly giving rise to Bordock's

---

[*] The case is unanimously ordered submitted without oral argument pursuant to
Fed. R. App. P. 34(a)(2) and 10th Cir. R. 34.1(G). This order and judgment is not
binding precedent, except under the doctrines of law of the case, res judicata, and
collateral estoppel. The court generally disfavors the citation of orders and judgments;
nevertheless, an order and judgment may be cited under the terms and conditions of 10th
Cir. R. 32.1.

claim—extends only to violations committed under color of state law.  See Nat'l Collegiate Athletic Ass'n v. Tarkanian, 488 U.S. 179, 191 (1988).  Because the Arrowhead Mall is a private entity, Bordock's complaint lacked "an arguable basis either in law or in fact."  Neitzke v. Williams, 490 U.S. 319, 325 (1989).

On appeal, Bordock fails to advance any reasoned argument challenging the district court's reasoning.  Observing no error in the district court's conclusion, we **AFFIRM**.

Entered for the Court


Carlos F. Lucero
Circuit Judge